UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                          :

**EMILIO NOBLE,**

                                          :         **ORDER**

             **Petitioner,**

                                          :         07 Civ. 8130 (SAS)

       -against-

                                            :

**STATE OF NEW YORK,**

                                          :

            **Respondent.**
------------------------------------------------------X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The above captioned habeas corpus petition, brought pursuant to 28 U.S.C. § 2254, was filed on September 17, 2007. After examining the petition,[1] I have concluded that the petition should not be summarily dismissed. Accordingly, it is hereby

       ORDERED, that the Clerk of the Court serve copies of the petition, attached papers and memorandum of law, if any, and this order by certified mail upon the Attorney General of the State of New York, and the District Attorney of Bronx County, and it is further

       ORDERED, that the respondent's file an answer to the petition, or other pleading, along with the record on appeal, appellate briefs, and relevant trial

---

[1] Here, the "petition" consists of two documents: (1) Complaint and Attorney Affirmation and Argument in Support of Motion Made Pursuant to 28 U.S.C. § 2254; and (2) Supplemental Habeas Petition Made Pursuant to 28 U.S.C. § 2254.

and post-conviction records and transcripts, within ninety (90) days of the receipt of this Order. Respondent is given ninety rather than the usual thirty days in response to the frequent request for an additional sixty days to receive and review the record on appeal. Because the additional time is incorporated into respondent's response time, no extensions will be granted and it is further

ORDERED, that, should the petitioner wish to file a reply to the respondent's answer, such reply shall be filed within fifteen (15) days of the receipt of the answer. All papers must be served upon respondent's counsel.

The Clerk of the Court is directed to forward a copy of this Order to counsel for all parties.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
          May 12, 2008

## - APPEARANCES -

**For Petitioner:**

Labe Richman, Esq.
305 Broadway, Suite 100
New York, New York 10007
(212) 227-1914

**For Respondent:**

Andrew Cuomo
Attorney General for the State of New York
120 Broadway
New York, New York 10271
(212) 416-8000

Robert T. Johnson
District Attorney of Bronx County
198 East 161st Street
Bronx, New York 10451
(718) 590-2000