LAW OFFICE
**LABE M. RICHMAN**
ATTORNEY AT LAW
305 BROADWAY, SUITE 100
NEW YORK, NY 10007
TEL (212) 227-1914
FAX (212) 267-2129 OR
(866) 621-0914
E-MAIL: LABE@LABERICHMAN.COM
WEB SITE: HTTP://WWW.LABERICHMAN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08

By ECF and Regular Mail

September 3, 2008

Hon. Shira A. Scheindlin
U.S. District Court
Southern District of NY
500 Pearl Street
New York, NY 10007

*Petitioner's request is granted. Petitioner's time to submit his Reply Memorandum of Law is extended to September 17, 2008. No further adjournments will be granted.*

*SO ORDERED:*

*Dated: New York, New York*
*September 5, 2008*

*Shira A. Scheindlin*
*U.S.D.J.*

Re:   Emilio Noble v. New York, 07 Civ. 8130 (SAS);
       Extension of time to file a reply.

Dear Judge Scheindlin:

   I am the attorney for Emilio Noble who has filed a petition to vacate his New York State conviction pursuant to 28 U.S.C. § 2254. I am writing to request, without opposition from respondent, a two week extension of our time to file a reply.

   When I returned from vacation on August 25, 2008, I first saw that I had received the People's answer to our petition. Since I have many other matters which are competing for my attention since my return and I also committed to my family to take a few days off for Labor Day weekend, I have been unable to prepare a response to the answer. I have spoken to ADA Rither Alabre and he told me that he does not object to my reply being due in two weeks, on Wednesday, September 17, 2008. I, therefore, respectfully request that the Court grant me an extension until that date for my reply.

                                                Respectfully submitted,

                                                Labe M. Richman

cc:   ADA Rither Alabre